818

No. 173.  DAVIS *v.* TENNESSEE VALLEY AUTHORITY. C. A. 5th Cir.  Certiorari denied.  *John P. Witsil* for petitioner.  *Solicitor General Cox* and *Charles J. Mc-Carthy* for respondent.

No. 179.  UPTAGRAFFT ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Harry E. McCoy* for petitioners.  *Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.

No. 180.  WHEELER ET UX. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *F. W. Baker* for petitioners. *Solicitor General Cox* for the United States.

No. 181.  SLATER ET AL. *v.* STOFFEL, ADMINISTRATOR, ET AL.  C. A. 7th Cir.  Certiorari denied.  *Winslow Van Horne* for petitioners.  *Alexander M. Campbell* for respondents.

No. 182.  NEWBERRY MILLS, INC., *v.* UNITED TEXTILE WORKERS OF AMERICA, AFL–CIO, LOCAL UNION No. 120. C. A. 4th Cir.  Certiorari denied.  *Alva M. Lumpkin, Jr.* for petitioner.  *Theodore W. Law, Jr.* for respondent.

No. 183.  SHEAFFER ET AL., EXECUTORS, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.  *Karl D. Loos* and *Aaron Holman* for petitioners.  *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Morton K. Rothschild* for respondent.